AO 10
Rev. 1/2008

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2007

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)  Hicks, Jr., S. Maurice | 2. Court or Organization  U.S. District Co., Western La | 3. Date of Report  05/15/2008 |
|---|---|---|

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  U.S. District Judge - Active | 5a. Report Type (check appropriate type)  ■ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2007 to 12/31/2007 |
|---|---|---|

| 7. Chambers or Office Address  U.S. Courthouse  300 Fannin St., Suite 5101  Shreveport, LA 71101 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ |
|---|---|

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Lecturer | Centenary College of Louisiana |
| 2. Board of Directors Member | Children and Arthritis, Inc. (501(c) (3) organization) |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

RECEIVED
2008 JUN 23 A 10: 47
FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2007 | Centenary College of Louisiana - Teaching | $ 2,500 |
| 2. 2007 | State Farm - LA Statutory Penalty on Auto Insurance Assessment Error | $ 2,000. |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income – *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2007 | Paralegal services - self-employed |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS – *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. see pp 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4 | | |
| 5 | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Hibernia National Bank | Mortgage - Rental Property #1, Ruston, LA | L |
| 2. | | |
| 3. | | |
| 4 | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Capital One Bank Accounts | C | Interest | M | T | | | | | |
| 2. State Farm Life Insurance Co. Account | A | Interest | K | T | | | | | |
| 3. Northwestern Mutual Life Insurance Co. Account | A | Interest | K | T | | | | | |
| 4. Timber Land, Lincoln Parish, Louisiana - 1/1/96, $30,000 | | None | K | R | | | | | |
| 5. Capital One Bank Stock Common (formerly Hibernia Nat'l) | A | Dividend | K | T | | | | | |
| 6. Rental Property #1, Ruston, LA - 07/03/01, $75,427 | D | Rent | L | R | | | | | |
| 7. IRA # 1 DGAGX Mutual Fund | C | Dividend | K | T | | | | | |
| 8. IRA # 1 FMAGX Mutual Fund | D | Dividend | K | T | | | | | |
| 9. IRA # 1 Capital One Money Fund | A | Dividend | J | T | | | | | |
| 10. Reliant Resources Stock Common 100 | A | Dividend | | | sell | 09/07 | J | A | |
| 11. VAC Federal Credit Union | A | Interest | J | T | | | | | |
| 12. Barksdale Federal Credit Union | A | Interest | K | T | | | | | |
| 13. Red River Syndicate LP | A | Dividend | K | U | | | | | |
| 14. IRA #1 Martin Midstream Partners LTD | A | Dividend | J | T | | | | | |
| 15. Janney, Montgomery Scott Brokerage Account - Cash | A | Interest | J | T | | | | | |
| 16. I2 Technologies Stock Common 20 | | None | | | sell | 10/15 | J | A | |
| 17. IRA #1 Encana Corp | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (●-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 18. IRA #1 Canadian Oil Sands | A | Dividend | K | T | | | | | |
| 19. IRA #1 XTO Energy | A | Dividend | J | T | | | | | |
| 20. IRA #1 Valero Energy | A | Dividend | K | T | | | | | |
| 21. IRA #2 Conoco Phillips | A | Dividend | J | T | | | | | |
| 22. IRA #1 EnergySouth | A | Dividend | K | T | | | | | |
| 23. IRA #1 Toreador Res | A | Dividend | | | sell | 12/31 | J | A | |
| 24. IRA #1 Entrada Networks | | None | J | T | | | | | |
| 25. IRA #1 Globalnet | | None | J | T | | | | | |
| 26. NFJ Dividend Interest | A | Dividend | | | sell | 3/22 | J | A | |
| 27. Vkipox-30 index | A | Dividend | J | T | part sell | 01/05 | J | A | |
| 28. Biosante Pharm | A | Dividend | | | sell | 5/22 | J | A | |
| 29. Cabelas | A | Dividend | J | T | | | | | |
| 30. Future Link Copr | | None | | | sell | 03/22 | J | A | |
| 31. Sun Microsystems | A | Dividend | | | sell | 6/14 | J | A | |
| 32. WSR Energy Resources | A | Dividend | J | T | | | | | |
| 33. Giant Studios | | None | | | sell | 08/08 | J | A | |
| 34. IRA #2 Cpaital One Money Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | ● =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS — _income, value, transactions (Includes those of spouse and dependent children: see pp. 34-60 of filing instructions.)_

☐ NONE _(No reportable income, assets, or transactions.)_

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 35. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 36. IRA #2 Canadian Oil Sands 140 | A | Dividend | J | T | | | | | |
| 37. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 38. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 39. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 40. IRA #2 Valero Energy 200 | A | Dividend | J | T | | | | | |
| 41. IRA #2 Peabody Energy 150 | A | Dividend | | | sell | 12/31 | J | A | |
| 42. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 43. IRA #2 Energy South 100 | A | Dividend | | | sell | 12/31 | J | A | |
| 44. IRA #2 XTO Energy | A | Dividend | K | T | | | | | |
| 45. IRA #2 Peabody Energy 75 | A | Dividend | | | sell | 12/31 | J | A | |
| 46. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 47. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 48. IRA #2 XTO Energy 100 | A | Dividend | J | T | | | | | |
| 49. IRA #2 Hugoton Rty Tr Tex | A | Dividend | | | sell | 12/31 | J | A | |
| 50. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 51. IRA #1 XTO Energy 200 | A | Dividend | J | T | part sell | 08/30 | J | A | |

1. Income Gain Codes    A =$1,000 or less.    B =$1,001 - $2,500    C =$2,501 - $5,000    D =$5,001 - $15,000    E =$15,001 - $50,000
(See Columns B1 and D4)    F =$50,001 - $100,000    G =$100,001 - $1,000,000    H1 =$1,000,001 - $5,000,000    H2 = More than $5,000,000
2. Value Codes    J =$15,000 or less    K =$15,001 - $50,000    L =$50,001 - $100,000    M =$100,001 - $250,000
(See Columns C1 and D3)    N =$250,001 - $500,000    ● =$500,001 - $1,000,000    P1 =$1,000,001 - $5,000,000    P2 =$5,000,001 - $25,000,000
   P3 =$25,000,001 - $50,000,000    P4 = More than $50,000,000
3. Value Method Codes    Q =Appraisal    R =Cost (Real Estate Only)    S =Assessment    T =Cash Market
(See Column C2)    U =Book Value    V =Other    W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. IRA #2 Sun Microsystems 1000 | A | Dividend | | | sell | 12/31 | J | A | |
| 53. IRA #1 Paladin Res NI 1000 | A | Dividend | | | sell | 12/31 | J | A | |
| 54. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 55. IRA #1 Petro Hawk 350 | A | Dividend | J | T | | | | | |
| 56. IRA #1 American Science & Engineering 100 | A | Dividend | | | sell | 12/31 | J | A | |
| 57. IRA #1 Coach 150 | A | Dividend | | | sell | 12/31 | J | A | |
| 58. IRA #1 Valero Energy 98 | A | Dividend | | | sell | 12/31 | J | A | |
| 59. IRA #1 Canadian Oil Sands 150 | A | Dividend | J | T | part sell | 08/30 | J | A | |
| 60. IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 61 IRA #1 Capital One Money Fund | | None | | | sell | 12/31 | J | A | |
| 62. Sirius Sattellite Radio 1000 | A | Dividend | | | sell | 06/14 | J | A | |
| 63. Sumamerica focused alpha Lrg | A | Dividend | J | T | part sell | 10/15 | J | A | |
| 64. First Trust Unit 1113 India Growth | A | Dividend | | | sell | 09/07 | J | A | |
| 65. First Trust 1004 Val Archtect | A | Dividend | | | sell | 03/22 | J | A | |
| 66. Van Kampen unit argus turnaround | A | Dividend | | | sell | 11/07 | K | B | |
| 67. Van Kampen Unit Trust 519 | A | Dividend | J | T | | | | | |
| 68. Van Kampen Unit Trust 520 | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Biosante Pharmaceutical | A | Dividend | J | T | buy | 06/14 | J | | |
| 70. FT Global Infran | A | Dividend | J | T | buy | 08/28 | J | | |
| 71. FT Greater Asia | A | Dividend | J | T | buy | 09/12 | J | | |
| 72. Kenetics Paradigm | A | Dividend | J | T | buy | 03/22 | J | | |
| 73. NYSE Group Inc | A | Dividend | J | T | buy | 03/22 | J | | |
| 74. VK Argus Trnarnd | A | Dividend | J | T | buy | 11/07 | J | | |
| 75. The Sequoia Fund | A | Dividend | J | T | buy | 06/30 | J | | |
| 76. Canadian Solar | | None | J | T | buy | 12/07 | J | | |
| 77. Chesepeake Energy | | None | J | T | buy | 10/01 | J | | |
| 78. Conanhia Vale Do Rio Doce | A | Dividend | J | T | buy | 09/21 | J | | |
| 79. Denbury Resources | | None | J | T | buy | 12/21 | J | | |
| 80. JA Solar Holdings | | None | J | T | buy/part sel | 12/21 | J | A | |
| 81. McDermott International | | None | | | buy/sell | 12/07 | J | A | |
| 82. Peerless Manufacturing | | None | J | T | buy | 10/26 | J | | |
| 83. Petrohawk Energy | | None | J | T | buy | 06/22 | J | | |
| 84. Shaw Group | | None | | | buy/sell | 12/07 | J | A | |
| 85. Suez Sponsored ADR | | None | | | buy/sell | 08/31 | J | A | |

| 1. Income Gain Codes. (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | ●=Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SunPower | | None | J | T | buy/part sel | 07/02 | J | A | |
| 87. IRA #1 BHP Limited | A | Dividend | J | T | buy | 03/30 | J | | |
| 88. IRA #2 United Online | | None | | | buy/sell | 08/30 | J | A | |
| 89. IRA #2 Cypress Semiconductor | A | Dividend | J | T | buy | 08/30 | J | | |
| 90. IRA #2 International Power PLC | A | Dividend | J | T | buy | 08/30 | J | | |
| 91. IRA #2 JA Solar Holdings | | None | | | buy/sell | 08/16 | J | A | |
| 92. IRA #1 Dodge and Cox Int'l Stock Fd | A | Dividend | J | T | buy | 07/25 | J | | |
| 93. IRA #1 Denbury Resources | A | Dividend | J | T | buy | 03/30 | J | | |
| 94. IRA #1 NYSE Euronext | A | Dividend | J | T | buy | 03/30 | J | | |
| 95. IRA #1 Reliant Energy | A | Dividend | J | T | buy | 03/30 | J | | |
| 96. IRA #1 Street Tracks Gold Trust | A | Dividend | J | T | buy | 03/30 | J | | |
| 97. IRA #1 Genesis Energy LP | A | Dividend | J | T | buy | 03/30 | J | | |
| 98. IRA #2 Cia Vale Do Rio Doce | | None | J | T | buy | 09/21 | J | | |
| 99. IRA #2 Cree | | None | J | T | buy | 10/02 | J | | |
| 100. IRA #2 Denbury Resources | | None | J | T | buy | 10/30 | J | | |
| 101. IRA #2 Sunpower | | None | J | T | buy | 10/30 | J | | |
| 102. IRA #2 Encana | | None | J | T | buy | 10/30 | J | | |

1. Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2. Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3. Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ N●NE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. IRA #2 Petrohawk Energy | | None | J | T | buy | 10/30 | J | | |
| 104. McDermott Int'l | | None | J | T | buy | 12/10 | J | | |
| 105. canadian solar | | None | J | T | buy | 12/07 | J | | |
| 106. ALJ Regional Holdings | | None | J | T | buy | 12/31 | J | | |
| 107. Ditech Networks | | None | J | T | buy | 12/31 | J | | |
| 108. Morgan Keegan cash | | None | J | T | buy | 12/31 | J | | |
| 109. | | | | | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

| Name of Person Reporting | Date of Report |
|---|---|
| Hicks, Jr., S. Maurice | 05/15/2008 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544